MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Theodore & Lamay Kent

Chapter 7

Case No. 09-33876

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 3 | $774.61 | $3.09 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 4 | $227.00 | $0.91 |

Date: April 28, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475